Hayes v Rich (2024 NY Slip Op 02463)

Hayes v Rich

2024 NY Slip Op 02463

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

376 CA 23-00819

[*1]MICHAEL HAYES, PLAINTIFF-RESPONDENT,
v
ALEC RICH, NOAH RICH, RHODA RICH, JUNEXA, LLC, FRED TURNER, CHAD DOUGLAS AND KIRSTEN MILLIRON, DEFENDANTS-APPELLANTS. 

CORNELL LAW SCHOOL FIRST AMENDMENT CLINIC, ITHACA (CAMERON MISNER OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 

 Appeal from an order of the Supreme Court, Onondaga County (Robert E. Antonacci, II, J.), entered April 11, 2023. The order, inter alia, denied the motion of defendants insofar as it sought an award of attorney's fees and costs and punitive damages. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court